| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| IRSFELD, IRSFELD & YOUNGER, LLP<br>100 WEST BROADWAY #900 GLENDALE, CA 91210 | | |
| TELEPHONE NO.: (818) 242-6859 | FAX NO.: (818) 240-7728 | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

USDC - CENTRAL DISTRICT LOS ANGELES
STREET ADDRESS: 312 N. SPRING STREET, #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793
BRANCH NAME: CENTRAL DISTRICT LOS ANGELES

PLAINTIFF/PETITIONER: USA
DEFENDANT/RESPONDENT: MANNING

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>0704595 |
|---|---|

I received the within process on August 1, 2007 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: DEANNA MANNING

Documents: summons;complaint;Standing Order; Notice to Parties of ADR Pilot Program

As enumerated below:

**08/01/2007 -- 06:45 pm**

No answer at door.

**08/03/2007 -- 07:30 am**

No answer at door.

**08/05/2007 -- 07:20 pm**

Substituted Service Effected.



SAN GABRIEL,

SAN GABRIEL,

SAN GABRIEL,



County: Los Angeles
Registration No.: 1453
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 13, 2007** at Los Angeles, California.

Signature: _____
Scott Frankel

**DECLARATION OF DILIGENCE**

Order#: 1219408/DilFormat.mdl