

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CV 07-4595 DSF (SH) |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TIME TO FILE AN ANSWER TO THE COMPLAINT; [~~PROPOSED~~] ORDER |
| DEANNA MANNING, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between parties hereto, as follows:

1. That the Defendant shall be granted a fourteen (14) day extension to file an answer to the complaint.

The reason for this stipulation is that Defendant, Deanna Manning, has not had sufficient time to retain legal counsel for this matter. Additionally, the Summons and Complaint were not properly served on Defendant at her current address, and she just recently received the Complaint, and therefore inadequate notice.

//
//

1 Plaintiff has been informed of this and has agreed to said Stipulation.
2 There have been no prior requests for extensions.

Dated: September 5, 2007

_____
Deanna Manning, pro se
Defendant

Dated: September 4, 2007

_____
James J. Waldorf
Irsfeld, Irsfeld and Younger LLP
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: 9/11/07

_____
DALE S. FISCHER
United States District Judge

2