

# ORIGINAL

Deanna Manning
789 E. Villa Street, #3
Pasadena, CA 91101

Defendant Pro Se



## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DEANNA MANNING,  )<br>  )<br>Defendant.  )<br>  ) | CASE NO.: ACV<br>CV07 - 04595 DSF (SHx)<br><br>ANSWER |

Defendant, Deanna Manning, denies each and every allegation of the Complaint, except that she admits to downloading and printing a small amount material from Pacer, no more than $80 worth. This would be 1,000 pages, actually much more than she remembers printing. There is no way she would have had enough paper and ink to print 380,000 pages as the Complaint alleges. This must be a huge mistake.

Defendant is a single mother of two minor children and has no assets whatsoever. Our great and just government would have better luck squeezing blood from a lemon than trying to get even a single dollar from this defendant who can barely scrape up enough money to feed and clothe her children.

Dated: 10/4/07

Deanna Manning
Defendant

## CERTIFICATE OF SERVICE

I, Deanna Manning, certify that I have mailed a copy of this document to James J. Waldorf and Kathryn E. Van Houten, Irsfeld, Irsfeld & Younger, 100 W. Broadway, Suite 900, Glendale, CA 91210-0001, attorneys for the plaintiff.

Dated: 10/4/07

Deanna Manning