Deanna Manning
789 E. Villa Street, #3
Pasadena, CA 91101



Defendant Pro Se

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEANNA MANNING, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: ACV <br>    CV07 - 04595 DSF (SHx) <br><br> **Request for Jury Trial** |

Defendant, Deanna Manning, requests a jury trial.

Dated: 11/2/07

Deanna Manning
Defendant

## CERTIFICATE OF SERVICE

I, Deanna Manning, certify that I have mailed a copy of this document to James J. Waldorf and Kathryn E. Van Houten, Irsfeld, Irsfeld & Younger, 100 W. Broadway, Suite 900, Glendale, CA 91210-0001, attorneys for the plaintiff.

Dated: 11/2/07

Deanna Manning