# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-4595 DSF (SHx) | Date | 11/26/07 |
| Title | U.S.A. v. Deanna Manning | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Paul Pierson | Pamela Seijas |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Defendant in *pro per*: |
| Kathryn Van Houten | Deanna Manning |

**Proceedings:**   SCHEDULING CONFERENCE

The case is called and appearances are made. Plaintiff's counsel provides the Court an Amended Joint 26(f) Report that is still deficient. However, the Court reviews with the parties the report and establishes case management dates. (See Order re Jury Trial for specific information.)

0/17

CV-90 (01/07)                           CIVIL MINUTES - GENERAL                INITIALS OF DEPUTY CLERK: PDP

Page 1 of 1