626 - 321- 6603
Deanna Manning
789 E. Villa Street, #3
Pasadena, CA 91101

Defendant Pro Se



Rec'd 12/21/07

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: ACV |
| ) | CV07 - 04595 DSF (SHx) |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Motion for Continuance** |
| ) | |
| DEANNA MANNING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, Deanna Manning, respectfully requests a continuance of the trial date until some time in March. The reason for this request is that defendant has still not secured legal counsel and does not feel she is able to go to depositions and

trial without representation.  Defendant has been working very hard at trying to find someone to represent her and hopes to have someone soon.

Dated: 12/17/07

Deanna Manning
Defendant

## CERTIFICATE OF SERVICE

I, Deanna Manning, certify that I have mailed a copy of this document to James J. Waldorf and Kathryn E. Van Houten, Irsfeld, Irsfeld & Younger, 100 W. Broadway, Suite 900, Glendale, CA 91210-0001, attorneys for the plaintiff.

Dated: 12/17/07

Deanna Manning