UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-4595 DSF (SHx) | Date | 1-2-08 |
| Title | USA v. Deanna Manning | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Paul D. Pierson | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On December 7, 2007, this Court set a pretrial conference date of January 7, 2008 at 3:00 p.m. Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been lodged no later than seven days before the pretrial conference. Memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed no later than 21 days before the pretrial conference. As of this date, Plaintiff has filed only a unilateral pretrial conference order. Defendant has filed no documents.

The pretrial conference and trial dates are vacated.

Plaintiff is ordered to show cause on January 28, 2008 at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders. Plaintiff may show cause by submitting a memorandum of contentions of fact and law, witness and exhibit lists, and jury instructions no later than January 18, 2008. If Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on January 28, 2008 at 3:00 p.m. If Plaintiff fails to submit such documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

Courtesy copies of all documents are to be submitted to chambers.