JAMES J. WALDORF (BAR NO. 38297)
KATHRYN E. VAN HOUTEN (BAR NO. 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. BROADWAY, STE. 900
GLENDALE, CA 91210
Telephone: 818-242-6859
Facsimile: 818-240-7728

Attorneys for Plaintiff

ORIGINAL

RECEIVED BUT NOT FILED
JAN -9 2008
3:18
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY MAD DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6
ENTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CV 07-4595 DSF (SHx) |
|---|---|
| Plaintiff, | <u>DISMISSAL</u> |
| v. | (Pursuant to Rule 41(a)(1), Federal Rules of Civ. Proc.) |
| DEANNA MANNING | |
| Defendant. | |

The plaintiff, pursuant to the provisions of Rule 41(a)(1)
of the Federal Rules of Civil Procedures, dismisses the
above-entitled action without prejudice.

DATED: January 8, 2008       IRSFELD, IRSFELD & YOUNGER LLP

                             _____
                             Kathryn E. Van Houten
                             Attorneys for Plaintiff

IT IS SO ORDERED.
DATED: 1-10-08

_____
UNITED STATES DISTRICT JUDGE

(DISMISSAL)

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On January 8, 2008 I served the forgoing document described as:

**DISMISSAL**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: January 8, 2008   Place of mailing: Glendale, California.

**Person(s) and/or Entity(ies) to Whom mailed:**
Deanna Manning, 789 E. Villa Street #3, Pasadena, CA 91101.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 8, 2008 at Glendale, California.

_Hasmik Basmadzhyan_
Hasmik Basmadzhyan

(DISMISSAL)                                    -2-